(66 Misc. Rep. 221.)

### KRIEGMAN v. DUMPHY.

(City Court of New York, Special Term. February, 1910.)

EXECUTION (§ 362*)—SUPPLEMENTARY PROCEEDINGS—WHEN MAINTAINABLE.
   Supplementary proceedings cannot be maintained on a judgment against defendant as attorney in fact for several individuals as underwriters.
   [Ed. Note.—For other cases, see Execution, Dec. Dig. § 362.*]

Supplementary proceedings by Harry Kriegman against Richard J. Dumphy. Motion to vacate subpœna. Granted.

Nathaniel Tonkin, for judgment creditor.
Holmes Jones, for Richard J. Dumphy.

O'DWYER, C. J. The judgment recovered is against the defendant in his representative capacity and obtained pursuant to the provision of section 1919, Code Civ. Proc. Upon such a judgment proceedings supplementary to execution may not be maintained. Code Civ. Proc. §§ 1921, 2458. It would seem that the only relief afforded a plaintiff recovering a judgment against an attorney in fact representing several individuals as underwriters of the New York & New England Underwriters at Lloyds of New York City is by action against the individuals pursuant to section 1922, Code Civ Proc.

Motion to vacate subpœna granted. No costs.